**In the Interest of C.W.B., Male, Age 2, Plaintiff.**

**Kathleen DOWD, Juvenile Officer, Respondent,**

**v.**

**C.L.B., Appellant.**

**No. WD 34625.**

Missouri Court of Appeals,
Western District.

Nov. 22, 1983.

Douglas B. Eskridge, Kansas City, for respondent.

Brad Grill, Kansas City, for defendant-appellant.

James D. Boggs, Platte City, Guardian Ad Litem for C.W.B.

Before SOMERVILLE, P.J., and NUGENT and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from order denying petition to revoke consent to adoption.

Affirmed. Rule 84.16(b).